JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWENTY-NINE PALMS BAND OF MISSION INDIANS, A FEDERALLY RECOGNIZED INDIAN TRIBE, DBA TWENTY-NINE PALMS DISTRIBUTION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PAMELA BONDI, ATTORNEY GENERAL OF THE UNITED STATES, IN HER OFFICIAL CAPACITY; UNITED STATES DEPARTMENT OF JUSTICE; KASHYAP PATEL, ACTING DIRECTOR, U.S. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, IN HIS OFFICIAL CAPACITY; UNITED STATES BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>　　　　　　Defendants. | Case No. 5:24-cv-00379-SSS-SPx<br><br>**JUDGMENT** |

1

In accordance with the Court's Order on February 27, 2025, which granted Defendants' Motion for Summary Judgment in its entirety, it is hereby ADJUDGED AND DECREED that judgment is entered in favor of Defendants. The above-captioned case is DISMISSED.

IT IS SO ORDERED.

Dated: March 24, 2025

_____
SUNSHINE S. SYKES
United States District Judge